UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                                     )<br>)<br>FRANCIS JIMENEZ MINYETTY,          )<br>ENMANUEL BRIOSO FABAL, and     )<br>NIEVE GUZMAN                                 ) | MBD No. 19mc91552 |

**Joint Motion for Ends-of-Justice Continuance of Time for Filing an Indictment or Information and for Exclusion of Time Under the Speedy Trial Act**

The parties hereby jointly move the Court for an extension of the time within which an indictment or information must be filed, excluding the period from November 2, 2019 through January 8, 2020 from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C §§ 3161(h)(1)(D), 3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), on the ground that the ends of justice served by granting the requested continuance and excluding this period outweigh the best interests of the public and the defendant in a speedy trial. This is the first request for an extension. In support of this request, the parties state as follows:

On November 2, 2019, the defendants were arrested and charged by complaint with conspiracy to possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846, issued in the District of Massachusetts in *United States v. Jimenez Minyetti et*

*al*, No. 19-mj-1284-DLC.[1] At the defendants' initial appearance on November 4, 2019, in Boston, Massachusetts, the government moved for detention, and the defendants requested that the detention hearing be continued. The detention hearing was then set for November 13, 2019, before the Honorable Judith G. Dein. Dkt. 11. On November 13, 2019, new counsel entered their notices of appearance for defendants Fabal and Guzman. Dkts. 12 & 16. Defendants all waived the detention hearing, agreed to an order of voluntary detention without prejudice, and moved to continue the probable cause hearing until December 4, 2019. Dkt. 17. On December 3, 2019, defendant Minyetti moved to continue his probable cause hearing. Dkt. 22. On December 4, 2019, Defendants Fabal and Guzman waived the probable cause hearing and moved again for a detention hearing. Dkt. 24. On December 13, 2019, defendant Guzman sought to continue voluntary detention without a hearing and the Court held a detention hearing, via proffer, for defendant Fabal. The court took the matter under advisement and, as of the time of filing, has yet to issue a ruling. Dkt. 26.

Given the various motions and continuances, the deadline by which the government must indict or file an information remains tolling. 18 U.S.C. §§3161(b) and (h)(1)(D). Nevertheless, in an abundance of caution, the parties jointly move this Court to order that the date on which an indictment or information must be filed is continued to January 8, 2020, and that the period from November 2, 2019, through and including, January 8, 2020 is excluded. Further, one or more of the defendants have indicated an interest in waiving indictment and pleading to an information. Given the likelihood that a resolution by plea agreement is possible, all parties desire an

---

[1] The complaint was amended on November 4, 2019, to correct Guzman's name, and to add a charge against her for possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

opportunity to continue plea discussions and complete this process before the government is compelled to indict.

The defendants have communicated with their attorneys about this motion and are all aware of their rights under the Speedy Trial Act to the timely filing of an indictment or information. The defendants hereby agree to waive any objections under the Speedy Trial Act and to extend the United States' time to file an indictment or information in this case through January 8, 2020. A proposed order is attached.

Respectfully submitted,

| | |
|---|---|
| Defendant FRANCIS JIMENEZ MINYETTY,<br>By his attorney, | ANDREW E. LELLING<br>United States Attorney |
| /s/ Scott F. Gleason<br>Scott F. Gleason<br>Gleason Law Offices, P.C.<br>163 Merrimack Street<br>Haverhill, MA 01830 | By: /s/ Lauren A. Graber<br>Lauren A. Graber<br>Assistant United States Attorney<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 |

Defendant ENMANUEL BRIOSO FABAL
By his attorney,

/s/ Thomas M. Burke, III
Thomas M. Burke, III
Law Office of Thomas M. Burke
26 Lynde Street
Suite 1D
Salem, MA 01970

Defendant NIEVE GUZMAN
By her attorney,

/s/ Timothy J. Connors
Timothy J. Connors
Law Office of Timothy J. Connors
05 Kenoza Avenue
Haverhill, MA 01832

Dated: December 18, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on this date I sent a copy of this motion and proposed order to counsel of record, listed above, via email.

Dated: December 18, 2019          /s/ Lauren A. Graber
                                  Lauren A. Graber
                                  Assistant U.S. Attorney